*Thomas M. Olejniczak*
*Frederick L. Schmidt*
*R. George Burnett*
*Gregory A. Grobe*
*Tori L. Kluess*
*Robert M. Charles*
*Brick N. Murphy*
*Jodi Arndt Labs*
*David H. Weber*
*Ross W. Townsend*
*Michele M. McKinnon*
*Kurt A. Goehre*
*James M. Ledvina*
*Steven J. Krueger*
*Robert R. Gagan*
*Laura J. Beck*
*Jill J. Ray*
*Joshua M. Koch*
*Ryan J. Riebe*
*Adam H. Roundy*
*Matthew M. Van Nuland*
*John M. Calewarts*



*Retired:*
*J. Michael Jerry*

*Gregory B. Conway*
*1944-2017 (Founder)*

*Telephone:* (920) 437-0476

*Facsimile:* (920) 437-2868

KAG@lcojlaw.com
www.lcojlaw.com

August 15, 2019

**Via ECF Court Filing**
United States District Court
Eastern District of Wisconsin

Re:   Thomas Powers vs. Applied Flooring Solutions, LLC
       Case Number 19-cv-525

Dear Clerk:

This correspondence serves to notify the Court that the above-captioned matter has settled and that mediation, which was scheduled for Thursday, August 22, 2019, will not be necessary. Settlement documents will be forwarded to the Court in the near future. Thank you.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**


By:   *Electronically signed by Kurt A. Goehre*
         Kurt A. Goehre

KAG:bld
*831914.027:#3180962*

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Phone: 920.437.0476 • Fax: 920.437.2868
www.lcojlaw.com

Case 1:19-cv-00525-WCG   Filed 08/15/19   Page 1 of 1   Document 18