EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

THOMAS POWERS,

      Plaintiff,                                        Case No. 19-cv-525

vs.

APPLIED FLOORING SOLUTIONS, LLC,

      Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective attorneys, that the above-entitled action, and all claims asserted therein, is hereby dismissed with prejudice, and without further notice to any party. Each party shall bear their own costs and attorneys' fees associated with or related to this lawsuit.

Dated this 11th day of September, 2019.

| | |
|---|---|
| *s/Scott S. Luzi* | *s/Kurt A. Goehre* |
| Scott S. Luzi, SBN 1067405 | Kurt A. Goehre, SBN 1068003 |
| | |
| WALCHESKE & LUZI, LLC | CONWAY, OLEJNICZAK & JERRY, S.C. |
| 15850 W. Bluemound Road, Suite 304 | 231 S. Adams Street |
| Brookfield, Wisconsin 53005 | Green Bay, Wisconsin 54301 |
| | |
| Telephone: (262) 780-1953 | Telephone: (920) 437-0476 |
| Email: sluzi@walcheskeluzi.com | Email: kag@lcojlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

*831914.027:3135167*